UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY BRYANT PAYNE,

    Plaintiff,

v.

MARK STRONG, DORIAN DIAZ, BYRON EAGLE, BRENDA POWERS, CATHI HARRIS, DAROLD WEEKS, DONALD GAUNTZ, KRISTINA SPARKS, SCOTTI BOWER,

    Defendants.

CASE NO. C14-5854 BHS-JRC

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

    The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, does hereby find and ORDER:

    Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or give security therefore. Accordingly, plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act. The portion of the act requiring a prisoner to pay the filing fee in installments does not apply to plaintiff. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

1  Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a

2  waiver of any other cost(s) of litigation.

3      The Clerk is directed to mail a copy of this Order to Plaintiff.

4      Dated this 7th day of November, 2014.

                              J. Richard Creatura
                              United States Magistrate Judge